```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

**MELVIN COLBERT, ET. AL.**                                    **CIVIL ACTION**

**VERSUS**                                                      **NO. 18-5077**

**PEDRO VELOZ, ET. AL.**                                        **SECTION: "B"(3)**

                                  **ORDER**

Before the Court is "*Ex Parte* Motion to Withdraw as Counsel of Record" (Rec. Doc. 30). Accordingly,

**IT IS ORDERED** that the motion to withdraw is **GRANTED**. Jason M. Baer, Casey C. Dereus, and Joshua A. Stein are hereby **WITHDRAWN** as counsel of record for plaintiff Yaschia Washington.

An *in camera* review of lead moving counsel's basis to withdraw minimally provides good cause support for this motion. His request to seal his confidential attorney opinions is granted, subject to further court review and orders.

Plaintiff Washington is hereby notified that as a *pro se* litigant (representing himself), he is required just as represented parties to comply with the Federal Rules of Civil Procedure, Local Court Rules, court orders, including deadlines, make timely checks of the record, and provide written notice to the Clerk of Court and all parties of any pleading he files, including timely changes of his address and phone number. Failure to comply with any of the foregoing directives may lead to financial sanctions and/or dismissal of your complaint. Cf. *Birl*

*v. Estelle*, 660 F.2d 592, 593 (5th Cir. 1981); *Pegues v. PGW Auto Glass, L.L.C.*, 451 Fed.Appx. 417, 418 (5th Cir. 2011).

New Orleans, Louisiana this 16th day of August, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE