| START_DATE | END_DATE | (SEC) | MOBILE ROLE | CALL TYPE | CALLING_NBR | CALLED_NBR | BELIEVED SUBSCRIBERS |
|---|---|---|---|---|---|---|---|
| 08/22/2017 18:29:24 | 08/22/2017 18:29:59 | 35 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 08/22/2017 18:33:19 | 08/22/2017 18:33:40 | 21 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/02/2017 18:56:00 | 09/02/2017 18:57:00 | 60 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/02/2017 21:22:54 | 09/02/2017 21:23:13 | 19 | Routed_Call | Voice | (504) 564-2011 | -930 | Cornelius Garrison |
| 09/02/2017 21:22:54 | 09/02/2017 21:23:13 | 19 | Undetermined | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/02/2017 21:43:21 | 09/02/2017 21:43:56 | 35 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/03/2017 10:21:18 | 09/03/2017 10:21:42 | 24 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/03/2017 10:21:18 | 09/03/2017 10:21:41 | 23 | Routed_Call | Voice | (504) 564-2011 | -850 | Cornelius Garrison |
| 09/03/2017 10:31:08 | 09/03/2017 10:31:29 | 21 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/04/2017 18:32:53 | 09/04/2017 18:33:30 | 37 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/04/2017 18:52:49 | 09/04/2017 18:53:14 | 25 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/05/2017 19:58:21 | 09/05/2017 19:58:38 | 17 | Undetermined | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/05/2017 19:58:21 | 09/05/2017 19:58:38 | 17 | Routed_Call | Voice | (504) 564-2011 | -939 | Cornelius Garrison |
| 09/05/2017 19:58:43 | 09/05/2017 19:58:51 | 8 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/05/2017 19:59:04 | 09/05/2017 20:00:16 | 72 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/06/2017 17:37:59 | 09/06/2017 17:38:42 | 43 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/06/2017 18:45:44 | 09/06/2017 18:46:10 | 26 | Routed_Call | Voice | (504) 564-2011 | -27 | Cornelius Garrison |
| 09/06/2017 18:45:45 | 09/06/2017 18:46:10 | 25 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 17:07:27 | 09/07/2017 17:07:50 | 23 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 17:07:27 | 09/07/2017 17:07:49 | 22 | Routed_Call | Voice | (504) 564-2011 | -139 | Cornelius Garrison |
| 09/07/2017 19:00:49 | 09/07/2017 19:01:10 | 21 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/07/2017 19:04:31 | 09/07/2017 19:04:52 | 21 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:05:50 | 09/07/2017 19:06:22 | 32 | Routed_Call | Voice | (504) 564-2011 | -65 | Cornelius Garrison |
| 09/07/2017 19:05:51 | 09/07/2017 19:06:22 | 31 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:40:56 | 09/07/2017 19:41:05 | 9 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/07/2017 19:41:00 | 09/07/2017 19:41:04 | 4 | Routed_Call | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:41:00 | 09/07/2017 19:41:04 | 4 | Routed_Call | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:41:10 | 09/07/2017 19:42:56 | 106 | Routed_Call | Voice | (504) 564-2011 | -775 | Cornelius Garrison |
| 09/07/2017 19:41:10 | 09/07/2017 19:42:56 | 106 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:43:11 | 09/07/2017 19:43:33 | 22 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:43:11 | 09/07/2017 19:43:33 | 22 | Routed_Call | Voice | (504) 564-2011 | -710 | Cornelius Garrison |
| 09/07/2017 19:44:21 | 09/07/2017 19:44:58 | 37 | Routed_Call | Voice | (504) 564-2011 | -724 | Cornelius Garrison |
| 09/07/2017 19:44:22 | 09/07/2017 19:44:58 | 36 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:53:40 | 09/07/2017 19:54:04 | 24 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/07/2017 19:53:40 | 09/07/2017 19:54:04 | 24 | Routed_Call | Voice | (504) 564-2011 | -488 | Cornelius Garrison |
| 09/07/2017 20:21:14 | 09/07/2017 20:21:56 | 42 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/07/2017 20:56:18 | 09/07/2017 20:56:58 | 40 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/08/2017 10:38:55 | 09/08/2017 10:39:16 | 21 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/08/2017 10:38:55 | 09/08/2017 10:39:16 | 21 | Routed_Call | Voice | (504) 564-2011 | -163 | Cornelius Garrison |
| 09/08/2017 10:57:04 | 09/08/2017 10:57:19 | 15 | Routed_Call | Voice | (504) 564-2011 | -540 | Cornelius Garrison |
| 09/08/2017 10:57:04 | 09/08/2017 10:57:19 | 15 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/08/2017 15:00:39 | 09/08/2017 15:01:19 | 40 | Routed_Call | Voice | (504) 564-2011 | -654 | Cornelius Garrison |
| 09/08/2017 15:00:40 | 09/08/2017 15:01:19 | 39 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/08/2017 15:37:54 | 09/08/2017 15:37:57 | 3 | Routed_Call | Voice | (504) 564-2011 | -965 | Cornelius Garrison |
| 09/08/2017 15:37:54 | 09/08/2017 15:37:57 | 3 | Undetermined | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/08/2017 20:46:34 | 09/08/2017 20:47:26 | 52 | Routed_Call | Voice | (504) 564-2011 | -920 | Cornelius Garrison |
| 09/08/2017 20:46:35 | 09/08/2017 20:47:26 | 51 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/09/2017 12:31:51 | 09/09/2017 12:32:33 | 42 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 09/13/2017 16:04:26 | 09/13/2017 16:06:32 | 126 | Routed_Call | Voice | (504) 564-2011 | -389 | Cornelius Garrison |
| 09/13/2017 16:04:27 | 09/13/2017 16:06:32 | 125 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 09/30/2017 18:51:18 | 09/30/2017 18:51:50 | 32 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/02/2017 13:33:03 | 10/02/2017 13:33:30 | 27 | Routed_Call | Voice | (504) 564-2011 | -251 | Cornelius Garrison |
| 10/02/2017 13:33:04 | 10/02/2017 13:33:30 | 26 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/02/2017 19:23:32 | 10/02/2017 19:24:04 | 32 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/03/2017 12:07:31 | 10/03/2017 12:08:04 | 33 | Routed_Call | Voice | (504) 564-2011 | -5 | Cornelius Garrison |
| 10/03/2017 12:07:32 | 10/03/2017 12:08:04 | 32 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/03/2017 13:21:01 | 10/03/2017 13:21:36 | 35 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/03/2017 13:31:01 | 10/03/2017 13:31:21 | 20 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/06/2017 16:04:52 | 10/06/2017 16:05:37 | 45 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/06/2017 17:04:52 | 10/06/2017 17:05:37 | 45 | Routed_Call | Voice | (504) 564-2011 | (205) 356-0926 | Cornelius Garrison |
| 10/06/2017 18:55:56 | 10/06/2017 18:56:19 | 23 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/06/2017 18:56:32 | 10/06/2017 18:56:51 | 19 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/06/2017 18:58:22 | 10/06/2017 18:58:58 | 36 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/06/2017 19:42:30 | 10/06/2017 19:43:01 | 31 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/06/2017 19:55:55 | 10/06/2017 19:56:19 | 24 | Routed_Call | Voice | (504) 564-2011 | (205) 356-0849 | Cornelius Garrison |
| 10/06/2017 19:56:58 | 10/06/2017 19:57:12 | 14 | Routed_Call | Voice | (504) 564-2011 | (205) 356-0812 | Cornelius Garrison |
| 10/08/2017 14:53:20 | 10/08/2017 14:54:04 | 44 | Routed_Call | Voice | (504) 564-2011 | -336 | Cornelius Garrison |
| 10/08/2017 14:53:20 | 10/08/2017 14:54:04 | 44 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/09/2017 09:33:43 | 10/09/2017 09:34:24 | 41 | Routed_Call | Voice | (504) 564-2011 | -637 | Cornelius Garrison |
| 10/09/2017 09:33:44 | 10/09/2017 09:34:24 | 40 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/09/2017 09:39:29 | 10/09/2017 09:39:55 | 26 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/09/2017 10:05:11 | 10/09/2017 10:05:34 | 23 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |
| 10/09/2017 11:10:51 | 10/09/2017 11:11:10 | 19 | Outbound | Voice | (504) 638-7196 | (504) 564-2011 | Cornelius Garrison |
| 10/09/2017 11:36:20 | 10/09/2017 11:37:06 | 46 | Routed_Call | Voice | (504) 564-2011 | -247 | Cornelius Garrison |
| 10/09/2017 11:36:21 | 10/09/2017 11:37:06 | 45 | Inbound | Voice | (504) 564-2011 | (504) 638-7196 | Cornelius Garrison |

SPRINT CORPORATION

EXHIBIT 1