YASCHIA WASHINGTON on 02/14/2019

```
                  UNITED STATES DISTRICT COURT
 2
                   EASTERN DISTRICT OF LOUISIANA
 3


 4
   MELVIN COLBERT, LAKEA COLBERT,   )  CIVIL ACTION:
 5 CORDERO WASHINGTON, AND          )  2:18-cv-5077
   YASCHIA WASHINGTON               )
 6      Plaintiff,                  )
                                    )
 7 vs.                              )  JUDGE: IVAN L.
                                    )  R. LEMELLE
 8 PEDRO VELOZ, URS MIDWEST,        )
   INC., ROMULUS INSURANCE RISK     )  MAGISTRATE: D.
 9 RETENTION GROUP, INC., JOHN      )  KNOWLES, III
   DOE, AND XYZ INSURANCE COMPANY   )
10      Defendant.                  )
   _____
11

12            DEPOSITION OF YASCHIA WASHINGTON taken

13  on Thursday, February 14, 2019 at or about 1:45

14  p.m. at the Law Offices of Pandit Law Firm, 701

15  Poydras Street, Suite 3950, New Orleans, Louisiana.

16

17 REPORTER:    KIMBERLY D. EDWARDS, CSR,
                Certified Court Reporter
18

19 APPEARANCES:

20 FOR PLAINTIFF:
                PANDIT LAW FIRM, LLC
21              701 Poydras Street
                Suite 3950
22              New Orleans, Louisiana 70139
                (504) 313-3800
23              Jbaer@panditlaw.com
                BY: JASON BAER, ESQUIRE
24

25
```

EXHIBIT 4

```
 1       Q.    A Cornelius Garrison?                          02:09
 2       A.    No.                                            02:09
 3       Q.    How about John Robin, the witness?             02:09
 4       A.    No.  That was my first time seeing him,        02:09
 5  like once we made it to the truck.  And Mr. Lionel        02:09
 6  have that card, that card with his name and his           02:09
 7  number and everything on it.  We gave that to him         02:09
 8  the day we went and met up with him.                      02:10
 9       Q.    Okay.  So that was on Saturday maybe?          02:10
10  Or do you know when it was?                               02:10
11       A.    No.  I think it was -- it had to be the        02:10
12  next day.  It had to be.                                  02:10
13       Q.    I don't think he works on Saturdays.           02:10
14       A.    Yeah.  Right.  It had to be the next           02:10
15  day because I recall us going to -- he made us --         02:10
16  well, he didn't make us, but he referred us to go         02:10
17  to start therapy immediately.  So we went like that       02:10
18  Monday or something like that.                            02:10
19       Q.    That's correct.  Yeah, that was 9/11,          02:10
20  correct?                                                  02:10
21       A.    Right.                                         02:10
22       Q.    Let me ask you this.  Why did you go           02:10
23  see Lionel that quick?  I'm just curious.                 02:10
24       A.    I mean, when you have an accident, you         02:10
25  have to get a lawyer.  My little sister was like, I       02:10
```